**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| NELSON ORLANDO CONTRERAS VILLEDA, | ) ) ) | |
| Petitioner, | ) ) ) | No. 2:26-cv-02914-TLP-atc |
| v. | ) ) | |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) ) ) ) ) | |
| Respondent. | ) ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE AND DIRECTING PETITIONER TO REPLY**

Petitioner Nelson Orlando Contreras Villeda, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Respondent has already appeared in this case.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the grounds for challenge raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within **three (3) days** of entry of this Order why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.

1

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **three (3) days** after Respondent's responsive filing.  Failure to comply with this requirement may justify the Court dismissing the Petition without further notice.  *See* Fed. R. Civ. P. 41(b).

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 3rd day of August, 2026.

 s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE